**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01218-REB-CBS

LINDA HEPP, and
RACHEL ROBERTS,

      Plaintiffs,

v.

THE SILVER DOLLAR SALOON,
PATRICIA MCMAHON, and
ROBERT COWFER,

      Defendants.

---

MINUTE ORDER[1]

---

The matter comes before the court on the court's own motion.   Counsel for defendants Patricia McMahon and Robert Cowfer has filed the following motions:

    1.  Motion to Dismiss for Lack of Jurisdiction [#6], filed July 24, 2006;

    2.  Entry of Appearance [#7] and [#8], both filed July 24, 2006.

Said motions are STRICKEN for failure to comply with court's Electronic Case Filing Procedures (Civil Cases), effective January 9, 2006, V.G.1.  In all three pleadings defense counsel failed to sign the certificate of service.

Dated:  July 25, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.