IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01218-REB-CBS

LINDA HEPP, and
RACHEL ROBERTS,

      Plaintiffs,

v.

THE SILVER DOLLAR SALOON,
PATRICIA MCMAHON, and
ROBERT COWFER,

      Defendants.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Voluntary Motion to Dismiss Pursuant to Rule 41(a)(2)** [#13], filed August 29, 2006.  The motion is granted.

Under FED. R. CIV. P. 41(a)(1), a plaintiff may dismiss a case without approval of the court if the defendant has not filed an answer or a motion for summary judgment. The defendants in this case have not filed either an answer or a motion for summary judgment.  Thus, dismissal at the plaintiff's behest is appropriate here.  After careful review of the motion and the file, I conclude that the motion should be granted, and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Voluntary Motion to Dismiss Pursuant to Rule 41(a)(2)** [#13], filed August 29, 2006 is **GRANTED**; and

2.  That this action **IS DISMISSED WITHOUT PREJUDICE.**

Dated September 5, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**